William E. Renz, appellee, v. Mabelle E. Renz et al. Appeal of Mabelle E. Renz, appellant. Gen. No. 39,600.

Opinion filed February 2, 1938.

Nicholas A. Socrates, Benjamin B. Davis and Louis L. Cohen, for appellant; Nicholas A. Socrates, of counsel. Joseph F. Elward, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Pioneer Trust and Savings Bank, v. Jacob M. Best et al. Michael Fashing, appellant, v. Pioneer Trust and Savings Bank, appellee. Gen. No. 39,483.

Opinion filed February 2, 1938.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Castle, Williams & McCarthy, for appellee; Emmett J. McCarthy and Robert R. Hanley, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Harry Rush, appellee, v. Adolph C. Radefeld et al. Appeal of Adolph C. Radefeld, appellant. Gen. No. 39,496.

Opinion filed February 2, 1938.

Clarence W. Shaver, for appellant; Louis E. Levinson, of counsel. W. B. Steinberg, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Chicago Daily News Printing Company, appellee, v. Joyce-Watkins Company, appellant. Gen. No. 39,520.

Opinion filed February 2, 1938.

Bull, Lytton & Olson, for appellant; Norman A. Broholm, of counsel. Bell, Boyd & Marshall, for appellee; Wm. N. Haddad and Victor M. Harding, Jr., of counsel.

Mr. Justice Hall delivered the opinion of the court.